**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **BRANDY MIZNER-KLEARMAN and SUZETTE Q. MAXEY,**<br><br>  **Plaintiffs,**<br><br>  **v.**<br><br>**DOLL HOUSE II, INC. d/b/a STILETTOS GENTLEMEN'S CLUB and THEO LAMBROS,**<br><br>  **Defendants.** | **CIVIL ACTION NO.:**<br>**1:15-cv-00053-MHS** |

**JOINT STATUS REPORT AND CONSENT MOTION TO STAY
PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS**

Pursuant to the Court's April 23, 2015 Order [Doc. 14] the Parties hereby

notify the Court of the status of *Lashaun Y. Carter v. Doll House II, Inc., d/b/a*

*Stilettos Gentlemen's Club and Theo Lambros*, N.D. Ga. 1:14-cv-01097-MHS.  On

June 25, 2015, the Eleventh Circuit Court of Appeals issued its opinion vacating in

part, affirming in part, and remanding the case to the District Court to conduct an

evidentiary hearing.  For the convenience of the Court, a copy of the Eleventh

Circuit's opinion is attached hereto as Attachment "A".

The Parties now jointly move the Court to stay the proceedings in this case

until August 31, 2015 to enable the Parties to conduct settlement negotiations to

resolve not only this case but also the *Carter* case.  A Proposed Consent Order is attached hereto as Attachment "B."

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel certify that the foregoing has been prepared in Times New Roman font, 14-point type, which is one of the font and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 9th day of July, 2015.

| | |
|---|---|
| */s/ Bennet D. Alsher* | */s/ Matthew W. Herrington* |
| Bennet D. Alsher | Kevin D. Fitzpatrick, Jr. |
| Georgia Bar No. 013682 | Georgia Bar No. 262375 |
| balsher@fordharrison.com | kevin.fitzpatrick@dcbflegal.com |
| FORD & HARRISON LLP | Charles R. Bridgers |
| 271 17th Street NW | Georgia Bar No. 080791 |
| Suite 1900 | charlesbridgers@dcbflegal.com |
| Atlanta, GA  30363 | Matthew W. Herrington |
| Telephone: (404) 888-3852 | Georgia Bar No. 275411 |
| Facsimile:  (404) 832-8702 | matthew.herrington@dcbflegal.com |
| | DELONG CALDWELL BRIDGERS |
| Attorney for Defendants | FITZPATRICK BENJAMIN, LLC |
| | 3100 Centennial Tower |
| | 101 Marietta Street, N.W. |
| | Atlanta, Georgia 30303 |
| | Telephone: (404) 979-3150 |
| | Facsimile: (404) 979-3170 |
| | |
| | Attorney for Plaintiffs |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **BRANDY MIZNER-KLEARMAN and SUZETTE Q. MAXEY,**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**DOLL HOUSE II, INC. d/b/a STILETTOS GENTLEMEN'S CLUB and THEO LAMBROS,**<br><br>    **Defendants.** | **CIVIL ACTION NO.:**<br>**1:15-cv-00053-MHS** |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 9, 2015, he electronically filed the foregoing **JOINT STATUS REPORT AND CONSENT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS** with the Clerk of Court using the CM/ECF System which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ *Bennet D. Alsher*

Georgia Bar No. 013682
balsher@fordharrison.com

FORD & HARRISON LLP
271 17th Street, NW, Suite 1900
Atlanta, GA  30363
Telephone: (404) 888-3852
Facsimile:  (404) 832-8702

Attorney for Defendants

WSACTIVELLP:7710972.1

- 3 -